# Curtis J. Farber

Attorney At Law

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 1 2007

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com

October 11, 2007

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

**BY FACSIMILE:** (212) 805-6304

October 11, 2007
**Application GRANTED**
**SO Ordered**

*/s/ Paul Crotty*
USDJ

RE: United States v. Francisca Egbo
    07 Cr. 653

Dear Judge Crotty:

Pursuant to your directive yesterday, I am writing to request permission for Francisca Egbo to travel to Maryland on October 12, 2007 to attend a church function. Ms. Egbo is presently at liberty on a bond, a condition of which restricts her travel to the Southern and Eastern Districts of New York. Ms. Egbo's plans are to travel on a bus chartered by Highland Church, located at 160-20 Highland Avenue, Jamaica, New York, and drive to a "Healing Crusade" sponsored by the Redeem Christian Church of God, and which will be held at the First Marina Arena, 201 West Baltimore Street, Baltimore, Maryland. Ms. Egbo will return on October 13, 2007.

I have spoken with AUSA Jenna Dabbs and Pre-trial Officer Josh Rothman concerning this request and both have indicated that they have no objection.

Thank you.

Very truly yours,

Curtis Farber

**MEMO ENDORSED**