```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :
                                     MISDEMEANOR
        - v. -                  :    INFORMATION

FRANCISCA EGBO,                 :    S1 07 Cr. 653 (PAC)

                Defendant.      :

- - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

From at least in or about December 2006, up to and including in or about February 2007, in the Southern District of New York and elsewhere, FRANCISCA EGBO, the defendant, unlawfully, willfully, and knowingly, did take and carry away, with intent to steal and purloin, property and money and other things of value not exceeding $1,000, belonging to, and in the care, custody, control, management, and possession of a bank, to wit, EGBO deposited funds into an account at Bank of America, and thereafter withdrew those funds, knowing them to have been obtained through fraud.

(Title 18, United States Code, Sections 2113(b) and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 05 2008